B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**
**ALBUQUERQUE DIVISION**

IN RE:  Santos W. Rivera                          CASE NO
        Beverly J Crespin
                                                  CHAPTER   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A – Debts secured by property of the estate. (Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| BAC Home Loans Serv LP<br>450 American St. SV416<br>Simi Valley, CA 93065<br>xxxxx5035 | Principal Residence |

Property will be (check one):
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
  Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
- ☑ Claimed as exempt      ☐ Not claimed as exempt

---

**Property No. 2**

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Bank of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410-8110<br>xxxxxx0030.... | Principal Residence |

Property will be (check one):
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):
  Debtor will continue making payments to creditor without reaffirming.

Property is (check one):
- ☑ Claimed as exempt      ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO
ALBUQUERQUE DIVISION**

IN RE:  Santos W. Rivera                          CASE NO
        Beverly J Crespin
                                                  CHAPTER  7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

---

**Property No. 3**

**Creditor's Name:**
Citifinancial
4056 Cerrillos Rd. Ste. E3
Santa Fe, NM  87507

**Describe Property Securing Debt:**
2007 GMC Sierra Pick Up Truck

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☒ Claimed as exempt
- ☐ Not claimed as exempt

---

**Property No. 4**

**Creditor's Name:**
State Employees Credit Union
813 St Michaels Dr
Santa Fe, NM 87505
xxxxxx3720

**Describe Property Securing Debt:**
2007 Chrysler 300

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt
- ☐ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Case 11-11425-s7    Doc 6    Filed 03/31/11    Entered 03/31/11 15:55:46 Page 2 of 3

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO
## ALBUQUERQUE DIVISION

IN RE:  Santos W. Rivera  
        Beverly J Crespin

CASE NO

CHAPTER  7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>T-Mobile USA<br>Attn: Bankruptcy Department<br>PO Box 53410<br>Belleview, WA 98015-3410 | **Describe Leased Property:**<br>2 yr. cell phone contract | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>YES ☑    NO ☐ |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  3/29/11                Signature _____  
                                                            Santos W. Rivera

Date  3/29/11                Signature _____  
                                                            Beverly J Crespin